NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 4 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRAVON THOMPSON, | No. 15-55594 |
| Plaintiff-Appellant, | D.C. No. 5:11-cv-01535-MMM-JPR |
| v. | |
| RON HOOPS, Sheriff official and individual capacity; et al., | MEMORANDUM[*] |
| Defendants, | |
| and | |
| D. M. BOLOT, Facility Administrator official and individual capacity; JAMES HENNING, Facility Chaplain official and individual capacity, | |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Submitted September 26, 2017[**]

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Before:     SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Travon Thompson appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging violations of his right to free exercise of religion during his pretrial detention. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Thompson failed to challenge the district court's summary judgment in favor of defendants, or any other district court order, and therefore Thompson waived any such challenge. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[A]rguments not raised by a party in its opening brief are deemed waived.").

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**